No. 10A357. FAMILY PAC v. McKENNA, ATTORNEY GENERAL OF WASHINGTON, ET AL. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit, case No. 10–35832, addressed to JUSTICE KENNEDY and by him referred to the Court, denied.

No. D–2476. IN RE DISBARMENT OF LAPIDUS. Disbarment entered. [For earlier order herein, see 561 U. S. 1043.]

No. D–2483. IN RE DISBARMENT OF MINTMIRE. Disbarment entered. [For earlier order herein, see 561 U. S. 1044.]

No. D–2493. IN RE DISBARMENT OF EHRLICH. Disbarment entered. [For earlier order herein, see 561 U. S. 1046.]

No. 10M35. WOODS v. McCOLLUM, ATTORNEY GENERAL OF FLORIDA; and

No. 10M36. PEARSON DENTAL SUPPLIES, INC. v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 137, Orig. MONTANA v. WYOMING ET AL. First exception to the Special Master's First Interim Report is set for oral argument in due course. Second exception is recommitted to the Special Master. Wyoming's motion to dismiss denied. Motion of the Special Master for allowance of fees and reimbursement of expenses granted, and the Special Master is awarded a total of $72,008.74 for the period June 13, 2009, through July 9, 2010, to be paid equally by Montana and Wyoming. JUSTICE KAGAN took no part in the consideration or decision of these exceptions and these motions. [For earlier order herein, see, e. g., 559 U. S. 989.]

No. 09–400. STAUB v. PROCTOR HOSPITAL. C. A. 7th Cir. [Certiorari granted, 559 U. S. 1066.] Motion of Equal Employment Advisory Council for leave to file a brief as amicus curiae out of time granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.